

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS

CHIEF JUSTICE
TERRIE LIVINGSTON

JUSTICES
LEE ANN DAUPHINOT
ANNE GARDNER
SUE WALKER
BILL MEIER
LEE GABRIEL
BONNIE SUDDERTH

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP, SUITE 9000
FORT WORTH, TEXAS 76196-0211

TEL: (817) 884-1900

FAX: (817) 884-1932

www.txcourts.gov/2ndcoa

CLERK
DEBRA SPISAK

CHIEF STAFF ATTORNEY
LISA M. WEST

GENERAL COUNSEL
CLARISSA HODGES

April 17, 2015

Lisa Mullen
3149 Lackland Rd., Ste. 102
Fort Worth, TX 76116
* DELIVERED VIA E-MAIL *

Debra A. Windsor
Assistant District Attorney
401 W. Belknap St.
Fort Worth, TX 76102-1913
* DELIVERED VIA E-MAIL *

RE:     Court of Appeals Number:     02-14-00213-CR
                                     02-14-00214-CR
                                     02-14-00215-CR
        Trial Court Case Number:     1338837D
                                     1338838D
                                     1338699D

Style:  Joseph Alan Neeley
        v.
        The State of Texas

The State's brief has been filed under the date of April 9, 2015 in the above referenced cause.

Please be advised that this cause has been set for submission **without oral argument** on **Tuesday, May 19, 2015**, before a panel consisting of Chief Justice Livingston, Justice Gardner, and Visiting Justice Bleil. This panel is subject to change by the court. *See* Tex. R. App. P. 39.8.

If any party objects to the submission of this case without oral argument, that party must file a written objection with the court within ten (10) days from the date of this letter explaining the reasons why the objecting party believes argument would significantly aid the court in the disposition of the case.

FILE COPY

Respectfully yours,

DEBRA SPISAK, CLERK

*Debra Spisak*

By:  Shoshanna Cordova, Deputy Clerk